IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PROCHASKA & ASSOCIATES, INC., Plaintiff, vs. MICHAEL GRAVES & ASSOCIATES, INC., Defendant. | 8:15CV247<br><br>**ORDER** |

IT IS ORDERED:

1) The trial and pretrial conference settings are vacated.

2) A telephonic conference with the undersigned magistrate judge will be held on January 22, 2018 at 1:00 p.m. to discuss new trial and pretrial conference settings. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 26), to participate in the call.

December 18, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge