IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| PROCHASKA & ASSOCIATES, INC., | |
|---|---|
| Plaintiff, | 8:15-CV-247 |
| vs. | |
| MICHAEL GRAVES & ASSOCIATES, INC., | MEMORANDUM AND ORDER |
| Defendant. | |

On the parties' Joint Stipulation for Dismissal with Prejudice (filing 88), the plaintiff's claims against the defendant are dismissed with prejudice, each party to bear its own costs.

Dated this 4th day of June, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge